# UNITED STATES DISTRICT COURT
## FOR THE
## Western District of North Carolina



FILED
CHARLOTTE, NC

MAY 2 6 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

Elizabeth Duffy

V.                                        INDEX.

3:26-cv-411-KDB

Shahabuddeen A. Ally

Chidi A. Eze

Kevin Mcclanahan                    COMPLAINT

Monique Holaman

Carmen Pacheco

Wavny Toussaint

1. Defendants failed to show dignity in work,

2. Plaintiff claims punitive damages,

3. The estimate is over $50,000.

I certify that the above is true and correct.

Elizabeth Duffy  5/1/26